IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLEN FEINGOLD** | : | **CIVIL ACTION** |
| v. | : | |
| **MARIA TESONE, et al.** | : | **NO. 12-4695** |

### O R D E R

AND NOW, this 5th day of September, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. This case shall be marked CLOSED.

BY THE COURT:

_____
**PETRESE B. TUCKER, J.**